# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4225

Chambers of
**Hon. Victoria Reznik**
United States Magistrate Judge

December 16, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Raguso et al.,**<br><br>       *PLAINTIFF*<br><br>-V-<br><br>**Atria Senior Living Inc. et al.,**<br><br>       *DEFENDANT* | <u>***ORDER ADJOURNING CONFERENCE***</u><br><br>*7:24-cv-4513 KMK-VR* |

  In light of the stay granted by Judge Karas in this matter, the initial telephone conference previously scheduled for Tuesday, December 17, 2024 at 10:30 am, before the Hon. Victoria Reznik, U.S.M.J., is adjourned without date.

<u>**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!**</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **December 16, 2024**

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

12/16/24